Case 1:10-cr-00800-JBW   Document 2   Filed 10/20/10   Page 1 of 2 PageID #: 3



U.S. Department of Justice

United States Attorney
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
OCT 20 2010 ★
BROOKLYN OFFICE

RB:MLY
F.#2010R02068

271 Cadman Plaza East
Brooklyn, New York 11201

October 20, 2010

CR 10 - 800

WEINSTEIN

J. ORENSTEIN, M.J.

By Hand

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>United States v. Anthony Dellaventura</u>

Dear Judge Weinstein:

  Pursuant to Chief Judge Dearie's Administrative Order dated February 27, 2008 ("Administrative Order"), the government hereby certifies to the Court that the above-captioned case is properly related to <u>United States v. Kenneth Marsh, et al.</u>, 10 CR 480 (JBW) ("Marsh").

  The Administrative Order provides in relevant part:

> [N]otwithstanding any provision of Rule 50.3 of the Rules for the Division of Business Among District Judges, the Clerk of the Court is directed to assign all criminal cases randomly, unless the United States Attorney certifies in writing at the time of filing that a case to be assigned satisfies one of the three conditions in Rule 50.3(c), or involves the same specific conduct that is a subject of a pending case.

  This letter constitutes the certification contemplated by the Administrative Order. Relation is appropriate in this case pursuant to the Administrative Order because Anthony Dellaventura's case involves "the same specific conduct that is a

2

subject of a pending case," namely <u>Marsh</u>.  Specifically, Nusfaumer is charged with participating in the same conspiracy charged in <u>Marsh</u>.  Relation is therefore appropriate.

                           Respectfully submitted,

                           LORETTA E. LYNCH
                           United States Attorney

By:   _____
      Margo K. Brodie
      Assistant U.S. Attorney
      Deputy Chief, Criminal Division
      (718) 254-6277

      _____
      Michael L. Yaeger
      Assistant U.S. Attorney
      (718) 254-6075

cc:   Clerk of the Court (JBW)
      Mario F. Galluci, Esq.